IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SHAWN ANITA SANDERS,<br>      Plaintiff,<br><br>v.<br><br>CITY OF SCOTTSDALE;<br>ALAN G. RODBELL, CHIEF,<br>SCOTTSDALE POLICE DEPARTMENT;<br>JEFFERY WALTHER;<br>      Defendants. | 09-CV-2250-PHX-SRB<br><br>ORDER |

     Upon motion of the Plaintiff, pursuant to Fed. R. Civ. Pro. 15, with good cause shown, and no unfair prejudice to the Defendants having been shown,

     The Plaintiff's Motion to Amend Complaint is GRANTED;

     IT IS FURTHER ORDERED directing counsel to file the Plaintiff's Amended Complaint, as set forth in the Proposed Amended Complaint submitted with the Motion, with the Clerk of Court.

     Dated this _____ day of _____, 2010.

                                                            _____
                                                           Susan Bolton
                                                           District Court Judge